<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6250**

───────────────

JAMES D. BROWN,

                              Petitioner - Appellant,

        versus

RONALD ANGELONE, Director of the Department of
Corrections,

                              Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-99-862-2)

───────────────

Submitted:  May 11, 2000                Decided:  May 18, 2000

───────────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

James D. Brown, Appellant Pro Se.  Thomas Drummond Bagwell, Assis-
tant Attorney General, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James D. Brown seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Brown's motion to proceed on appeal in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Brown v. Angelone, No. CA-99-862-2 (E.D. Va. Jan. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2